UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MELISSA RALSTON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:06-cv-854-SEB-JMS |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Melissa Ralston is not entitled to Disability Insurance Benefits and Supplemental Security Income based on her applications filed on November 7, 2002, and September 30, 2002, is **AFFIRMED.**

Date: 08/31/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Michael G. Myers
mgmyers10@sbcglobal.net